# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:                                                    CASE NO.     18-11279-TMD

    JENNIFER NICOLE DUNLAP

DEBTOR                                                    CHAPTER 13

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO
## THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on October 1, 2018.  The Court confirmed the Debtor's plan on June 25, 2019.

2. The Trustee has a balance on hand in this case in the amount of $1,319.08 which is owed to the Debtor as a refund.  The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $1,319.08, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| Name and Address of Debtor | Amount of Disbursment Check |
| --- | --- |
| Jennifer Nicole Dunlap<br>149 Fort Mabry Loop<br>Georgetown, TX  78628-7199 | $1,319.08 |

Respectfully submitted,

/s/  Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX  78752

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                      CASE NO.   18-11279-TMD

    JENNIFER NICOLE DUNLAP

        DEBTOR                                          CHAPTER 13

## CERTIFICATE OF SERVICE

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtor, the Debtor's Attorney of Record, and all creditors at the addresses listed below on June 29, 2020.


JENNIFER NICOLE DUNLAP
149 FORT MABRY LOOP
GEORGETOWN, TX  78628-7199

LAW OFFICE OF NELS C
HANSEN PC
1000 HERITAGE CENTER
CIRCLE, STE 102
ROUND ROCK, TX  78664-4463
(SERVED ELECTRONICALLY)

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)


           Respectfully submitted,

           /s/  Deborah B. Langehennig

           Deborah B. Langehennig
           6201 Guadalupe Street
           Austin, TX  78752